ROBERT E. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
        wwong@grsm.com

*Attorneys for IQ Data International, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN MERCIER,<br><br>             Plaintiff,<br><br>    v.<br><br>I.Q. DATA INTERNATIONAL, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>             Defendants. | Case No.:   2:20-cv-01276-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR I.Q. DATA INTERNATIONAL, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Susan Mercier ("Plaintiff") and Defendant I.Q. Data International, Inc. ("I.Q. Data"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed the Complaint on July 8, 2020. *See* ECF No. 1.

2. I.Q. Data was recently served the Summons and Complaint, and its response to the Complaint is due on August 3, 2020.

3. I.Q. Data has retained counsel and requests additional time to evaluate the Complaint. I.Q. Data is also exploring resolution with Plaintiff. I.Q. Data and Plaintiff believe a brief extension of approximately two weeks will help facilitate the on-going discussion.

4. Therefore, the parties agree that I.Q. Data's response to the Complaint is now due on or before **August 17, 2020**.

-1-

1. 5. This request for an extension is made in good faith and not for purposes of delay.

DATED this 3rd day of August 2020.   DATED this 3rd day of August 2020.

**GORDON REES SCULLY**   **KIND LAW**
**MANSUKHANI, LLP**

*/s/ Wing Yan Wong*   */s/ Michael Kind*
ROBERT S. LARSEN, ESQ.   MICHAEL KIND, ESQ.
Nevada Bar No. 7785   Nevada Bar No. 13903
WING YAN WONG, ESQ.   8860 South Maryland Parkway, Suite 106
Nevada Bar No. 13622   Las Vegas, NV 89123
300 So. 4th Street, Suite 1550   *Attorney for Susan Mercier*
Las Vegas, Nevada 89101
*Attorneys for I.Q. Data International, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: August 4, 2020