Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Susan Mercier*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Susan Mercier,<br><br>                              Plaintiff,<br><br>         v.<br><br>I.Q. Data International, Inc., Experian Information Solutions, Inc., and Equifax Information Services LLC,<br><br>                              Defendant. | Case No.: 2:20-cv-01276-APG-NJK<br><br>**Stipulation of dismissal of I.Q. Data International, Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Susan Mercier and I.Q. Data International, Inc. stipulate to dismiss Plaintiff's claims against I.Q. Data International, Inc., with prejudice.

///

///

///

Each party will bear its own costs, disbursements, and attorney fees.

DATED September 18, 2020.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Susan Mercier*

**GORDON & REES, LLP**

/s/ Wing Yan Wong
Wing Yan Wong, Esq.
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorney for I.Q. Data International, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 21, 2020