Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Susan Mercier*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Susan Mercier,<br><br>              Plaintiff,<br><br>    v.<br><br>I.Q. Data international, Inc., Experian Information Solutions, Inc., and Equifax Information Services LLC,<br><br>              Defendant. | Case No.: 2:20-cv-01276-APG-NJK<br><br>**Stipulation of dismissal with prejudice of Equifax Information Services LLC** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Susan Mercier and Equifax Information Services LLC stipulate to dismiss with prejudice Plaintiff's claims against Equifax Information Services LLC.

///

///

///

_____
STIPULATION                                  — 1 —

Each party will bear its own costs, disbursements, and attorney fees.

DATED September 28, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Susan Mercier*

**CLARK HILL PLLC**

/s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorney for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:   September 29, 2020

STIPULATION

— 2 —