Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Susan Mercier*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Susan Mercier, | Case No.: 2:20-cv-01276-APG-NJK |
| Plaintiff, | **Stipulation of dismissal of Experian Information Solutions, Inc. with prejudice** |
| v. | |
| I.Q. Data international, Inc., Experian Information Solutions, Inc., and Equifax Information Services LLC, | |
| Defendant. | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Susan Mercier and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

///

///

///

STIPULATION      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 13, 2020.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Susan Mercier*

**NAYLOR AND BRASTER**

/s/ Andrew Sharples
Jennifer Braster, Esq.
Andrew Sharples, Esq.
Naylor and Braster
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
*Counsel for Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: December 2, 2020

STIPULATION                     - 2 -